```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA,**

      - against -

**ROSANNA LISA STANLEY,**

            **Defendant.**

**25-cr-29 (JGK)**

**ORDER**

―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The defendant, Rosanna Stanley, is directed to appear for a virtual arraignment on **Wednesday, March 12, 2025, at 2:30 p.m.**

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 28, 2025**

                                                    **/s/ John G. Koeltl**
                                                        **John G. Koeltl**
                                      **United States District Judge**