UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -against-                          25 cr 29 (JGK)

ROSANNA LISA STANLEY,
                    Defendant.
-------------------------------------------------------------X

The Court, in a proceeding, today, appointed Robert Soloway, Esq., as counsel for the

defendant, Rosanna Lisa Stanley, for purposes pursuant to United States v. Curcio, 694 F. 2d 14,

27 (2d Cir. 1982).

**SO ORDERED.**

**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
      June 25, 2025