# RUBINSTEIN & COROZZO, LLP

### COUNSELORS AT LAW

**260 MADISON AVENUE, 22ND FLOOR**
**NEW YORK, N.Y. 10016**
**TELEPHONE (212) 545-8777; FAX (917) 722-8206**
**INFO@RUBCORLAW.COM**

**RONALD RUBINSTEIN**                                                    **Of Counsel:**
**JOSEPH R. COROZZO**                                                    **MARSHALL A. MINTZ**

**ANGELA D. LIPSMAN (NY; NJ)**

December 17, 2025

Hon. John G. Koeltl                              **APPLICATION GRANTED**
Daniel Patrick Moynihan                          **SO ORDERED**
United States Courthouse
500 Pearl St.
New York, NY 10007-1312                          _____
                                                 John G. Koeltl, U.S.D.J.

17/18/25                                          Re: United States v. Stanley
                                                      25 CR 29 (JGK)

Dear Judge Koeltl,

We represent Defendant Rosanna Lisa Stanley, a/k/a Rosanna Delman ("Stanley"). Ms. Stanley. Ms. Stanley is permitted to leave her residence for, *inter alia,* "activities approved by the court… essential activities approved in advance by the pretrial services office or supervising officer," Appearance Bond, ECF # 62, p. 4, Condition (7)(q)(i)(2).

We write for permission for Ms. Stanley to travel to a tag agency this Friday, December 19, 2025. The purpose of the visit to the tag agency is so that she may register a motor vehicle that she has for traveling to and from work.

We have communicated with the Probation Officer in the Southern District of Florida who supervises Ms. Stanley in her district of residence, and we have been advised that Probation has no objection to this request.

Thank you for your consideration.

Respectfully submitted,

Angela D. Lipsman, Esq.
Joseph R. Corozzo, Esq.

cc:    A.U.S.A.s Diarra Guthrie, Lauren Phillips (via ECF)
       U.S.P.O. Tyrone Francis (via email)